```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| AICHATOU CONDE,<br><br>                    Plaintiff,<br><br>         -against-<br><br>AVILA TRANSPORTATION LLC, AND<br>EDISSON PATRICIO FAJARDO PULLA,<br><br>                    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  3/21/2022<br><br>1:21-cv-03685-MKV<br><br>ORDER |

**MARY KAY VYSKOCIL, United States District Judge:**

In an Order dated January 19, 202, the Court directed the parties to appear for a status conference on March 24, 2022 and to file a joint status letter one week in advance of the conference [ECF No. 24]. To date, the parties have not filed their joint status letter. Accordingly, IT IS HEREBY ORDERED that the conference that was previously scheduled to take place on March 24, 2022 is ADJOURNED to April 1, 2022 at 11:00 a.m. IT IS FURTHER ORDERED that the parties shall file their joint status letter by March 24, 2022. IT IS FURTHER ORDERED that, by March 24, 2022, counsel shall file letters explaining why they should not be sanctioned for failing to comply with a court order. **Counsel and the parties personally are on notice that failure to comply with the Court's orders and Individual Rules may result in sanctions, including monetary sanctions, preclusion of claims and defenses, and dismissal.**

**SO ORDERED.**

**Date:  March 21, 2022**                                       _____
**        New York, NY**                                              **MARY KAY VYSKOCIL**
                                                                                **United States District Judge**