UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022
```

AICHATOU CONDE,

                Plaintiff,

-against-

AVILA TRANSPORTATION LLC, AND
EDISSON PATRICIO FAJARDO PULLA,

                Defendant.

1:21-cv-03685-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter from the defendants stating that the parties have reached a settlement agreement [ECF No. 44].  Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by October 24, 2022.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines, including the conference that was previously scheduled to take place on September 23, 2022, are adjourned *sine die*.

**SO ORDERED.**

Date:  **September 22, 2022**
        **New York, NY**

        */s/ Mary Kay Vyskocil*
        **MARY KAY VYSKOCIL**
        **United States District Judge**